**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6031**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

TRINI MCDANIEL, a/k/a John Paul Morris, a/k/a Brother-in-Law, a/k/a Bro-Law,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:96-cr-00041-JRS-7)

Submitted:  March 12, 2009          Decided:  March 18, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge

Affirmed by unpublished per curiam opinion.

Trini McDaniel, Appellant Pro Se.  Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trini McDaniel appeals a district court order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006). The district court found McDaniel was not eligible for a reduction because he was responsible for more than 4.5 kilograms of crack cocaine. We affirm.

We find the district did not abuse its discretion denying McDaniel's motion for a sentence reduction. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED